**DENY; and Opinion Filed May 14, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00607-CV

### IN RE 462 THOMAS FAMILY PROPERTIES, LP, ET AL, Relators

**Original Proceeding from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-10-00877-1**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Brown
Opinion by Justice Fillmore

Relators filed this petition for writ of mandamus requesting that the Court order the trial court to vacate its order compelling production of certain documents they contend are protected by the attorney-client privilege. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). On the record that has been presented to us, we conclude relators have failed to establish a right to the relief requested.

We deny the petition for writ of mandamus. TEX. R. APP. P. 52.8.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150607F.P05